

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00762-CV

**IN RE** Colby Jay **THIENPONT** and Cheryl M. Broussard, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 20, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On August 17, 2023, relators filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when relators can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-23588, styled *Sheridan Marie Santens v. Colby Jay Thienpont and Cheryl M. Broussard*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.